| | |
|---|---|
| 1 | JOHN WALSHE MURRAY (074823) |
| | ROBERT A. FRANKLIN (091653) |
| 2 | RACHEL RAGNI LARRENAGA (241061) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: jwmurray@murraylaw.com |
| 6 | Email: rfranklin@murraylaw.com |
| | Email: rragni@murraylaw.com |
| 7 | |
| 8 | Attorneys for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re:

**PAMPAS PALO ALTO, LLC,**
A California Limited Liability Company,

Debtor.

529 Alma Street
Palo Alto, California 94301

Employer Tax I.D. No.: 02-0806958

Case No.

Chapter 11

**LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS**

Attached hereto as **Exhibit "A"** is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure Rule 1007(d) for filing in this Chapter 11 case.

I, Timothy Reynders, declare under penalty of perjury that I have read this LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS attached hereto as **Exhibit "A"** and that it is true and correct to the best of my knowledge, information and belief.

/ / /

| | | |
|---|---|---|
| Dated: January 3, 2011 | | **PAMPAS PALO ALTO, LLC** |
| | By: | _/s/ Timothy Reynders_ |
| | | Manager |

In re  Pampas Palo Alto, LLC                         Case No.
         Debtor                                              Chapter   11

# UNITED STATES BANKRUPTCY COURT
Northern District Of California

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.  § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>CONTINGENT | (4)<br>UNLIQUIDATED | (4)<br>DISPUTED | (5)<br>Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| The Chin Family Revocable Trust 4/14/04<br>Chris Chin<br>820 Arroyo Road<br>Los Altos, CA 94024 | | Loan | | | | $1,812,517.50 |
| Devcon Construction Incorporated<br>Attn.: Bret Sisney<br>690 Gibraltar Drive<br>Milpitas, CA 95035<br><br>Christopher J. Hersey, Esq.<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110 | | Judgment | | | X | $1,481,681.53 |
| Allen Matkins Leck<br>Gamble Mallory & Natsis LLP<br>Nick Waranoff<br>Three Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-4074 | | Attorneys fees | | | | $687,825.11 |
| Facciola Meat Company<br>Attn.: Accounting<br>48811 Warm Springs Blvd.<br>Fremont, CA 94539 | | Trade Debt | | | | $14,484.31 |

B 4 (Official Form 4) (12/07)

# EXHIBIT "A"

In re  Pampas Palo Alto, LLC                                    Case No.
                Debtor                                                       Chapter    11

| Name | | Type | | | | Amount |
|---|---|---|---|---|---|---|
| FreshPoint<br>Attn.: Accounting<br>PO Box 2408<br>South San Francisco, CA 94083 | | Trade Debt | | | | $10,897.39 |
| Sysco Food Services of SF<br>Maria Hayden<br>PO Box 5019<br>Fremont, CA 94537 | | Trade Debt | | | | $9,372.86 |
| Explore Publishing, Inc.<br>Attn.: Accounting<br>617 Veterans Blvd., Suite 213<br>Redwood City, CA 94063 | | Trade Debt | | | | $8,090.00 |
| Complete Linen Service<br>Attn.: Accounting<br>290 S. Maple Street S.<br>San Francisco, CA 94080 | | Trade Debt | | | | $6,896.92 |
| Coverall Mountain & Pacific<br>Attn.: Accounting<br>6430 Via Real, Suite 5<br>Carpinteria, CA 93013 | | Trade Debt | | | | $5,934.00 |
| Brownstein & Thomas LLP<br>c/o Mark Thomas<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104 | | Settlement | | | | $5,000.00 |
| Tony's Fine Foods<br>Attn.: Accounting<br>PO Box 1501<br>West Sacramento, CA 95605-1501 | | Trade Debt | | | | $4,937.36 |
| Young's Market Company<br>Attn.: Accounting<br>PO Box 30145<br>Los Angeles, CA 90030-0145 | | Trade Debt | | | | $4,851.85 |
| R.W.Smith & CO.<br>Attn.: Accounting<br>8555 Miralani Drive<br>P.O.Box 26160<br>San Diego, CA 92196-0160 | | Trade Debt | | | | $4,398.91 |

K:\Pampas Palo Alto, LLC\Pld\Commencement\Top 20 Form List.docx

**EXHIBIT "A"**

In re  Pampas Palo Alto, LLC                                                    Case No.
                Debtor                                                                    Chapter    11

| | | | | | |
|---|---|---|---|---|---|
| Del Monte Meat Co, Inc.<br>Attn.: Accounting<br>200 Napoleon Street<br>San Francisco, CA 94124 | | Trade Debt | | | $4,251.46 |
| Pacific Harvest<br>Attn.: Accounting<br>PO Box 788<br>San Juan Batista, CA 95045 | | Trade Debt | | | $3,676.47 |
| Gloria G. Avila<br>PO Box 23337<br>San Jose, CA 95154 | | Bookkeeping services | | | $3,000.00 |
| The Henry Wine Group<br>Attn.: Accounting<br>Dept. LA 23244<br>Pasadena, CA 91185-3244 | | Trade Debt | | | $2,854.00 |
| Fortessa, Inc<br>Attn.: Accounting<br>22601 Davis Drive<br>Treling, VA 20164-4471 | | Trade Debt | | | $2,648.73 |
| Thomas M. Gosselin, Attorney at Law<br>Teraoka & Partners, LLP<br>25 Metro Drive, Ste 600<br>San Jose, CA 94110 | | Attorneys fees | | | $2,212.50 |
| Gourmet and More, Inc.<br>Attn.: Accounting<br>2976 "D" Alvarado Street<br>San Leandro, CA 94577 | | Trade Debt | | | $2,154.87 |

# EXHIBIT "A"

In re  Pampas Palo Alto, LLC                              Case No.
         Debtor                                            Chapter   11

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Timothy Reynders, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: January 3, 2011            Signature: */s/ Timothy Reynders*
                                              Timothy Reynders, Manager

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § § 152 and 3571.