JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
RACHEL RAGNI LARRENAGA (241061)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: rragni@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**PAMPAS PALO ALTO, LLC,**
A California Limited Liability Company,

Debtor.

529 Alma Street
Palo Alto, California 94301

Employer Tax I.D. No.: 02-0806958

Case No.

Chapter 11

## CREDITOR MATRIX COVER SHEET

I, Timothy Reynders, Manager of the Debtor herein, declare under penalty of perjury that I have read the attached Creditor Mailing Matrix consisting of 13 sheets, and that said list contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors, and parties in interest, to the best of my knowledge, information and belief.

Dated: January 3, 2011

**PAMPAS PALO ALTO, LLC**

By: */s/ Timothy Reynders*
    Timothy Reynders, Manager

| | |
|---|---|
| 1 | I, John Walshe Murray, counsel to the Debtor herein, declare that the attached Creditor |
| 2 | Mailing Matrix conforms with the Clerk's promulgated requirements. |
| 3 | Dated: January 3, 2011          **MURRAY & MURRAY** |
| | A Professional Corporation |
| 4 | |
| 5 | By: */s/ John Walshe Murray* |
| | John Walshe Murray |
| 6 | Attorneys for Debtor |

Abel Munoz-Gil
2238 Euclid Ave.
East Palo Alto, CA 94303

Allen Matkins Leck Gamble Mallory &
Natsis LLP
Nick Waranoff
Three Embarcadero Center, Suite 1200
San Francisco, CA 94111-4074

Alma Polvo
204 Lincoln Ave.
Redwood City, CA 94063

Andrea Puljiz
815 Shetland Place
Sunnyvale, CA 94087

Angeles Wine, Inc.
Gareth Owens
7052 Sophia Avenue
Van Nuys, CA 91406

Anna Marie Bayonito
1513 Sonoma Ave.
Seaside, CA 93955

Anthony Morgan-Roberts
245 Easy St. No. 1
Mountain View, CA 94043

Antonio Becerra
1736 West Bayshore Rd. No. 17
East Palo Alto, CA 94303

Antonio Villalpando
151 Calderon Ave., Apt No. 88
Mountain View, CA 94041

Arturo Becerra
1736 West Bayshore Rd. No. 17
East Palo Alto, CA 94303

Arturo Cuatainquiz
2025 Redwood Ave
Redwood City, CA 94062

Attorney General
Civil Trial Sec W Region
PO Box 683 Ben Franklin
Washington, DC 20044

Banyanton Capital Group, LLC
Attn: Daniel Zheng
4024 Fitzpatrick Way
Santa Clara, CA 95054

Basil Morrar
655 S. Fair Oaks Ave., Apt. M112
Sunnyvale, CA 94086

Brownstein & Thomas LLP
c/o Mark Thomas
180 Montgomery Street, Suite 940
San Francisco, CA 94104

CA-FE Specialties
Attn.: Accounting
722 Laurel Street
San Carlos, CA 94070

Canon Financial Services
Attn.: Accounting
14904 Collections Center Drive
Chicago, IL 60693-0149

Carlos UC
4 Newell Ct. No. 4212
East Palo Alto, CA 94303

Caroline Carlos
158 Sunwood Meadows
San Jose, CA 95119

Challenge Dairy Products, Inc.
Attn.: Accounting
File No. 81901
P.O.Box 60000
San Francisco, CA 94160

Chambers and Chambers
Ollivette Smith
2140 Palou Avenue
San Francisco, CA 94124

Chief Counsel
Franchise Tax Board
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Chrissa Imports, Ltd
Ruedi Muggli
280 Harbor Way
P.O.Box 2161
So. San Francisco, CA 94083-2161

Christopher J. Hersey
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Christopher K Willing
4836 Touchstone Terrace
Fremont, CA 94555

Cintas First Aid and Safety
Attn.: Accounting
2188 Del Franco St. Ste 70
San Jose, CA 95131

City of Palo Alto Utilities
Customer Service Center, 2nd Floor
250 Hamilton Avenue
Palo Alto, CA 94301

City of Palo Alto Utility
PO Box 7026
San Francisco, CA 94120

Comcast
PO Box 34227
Seattle, WA 98124-1224

Complete Linen Service
Attn.: Accounting
290 S. Maple Street S.
San Francisco, CA 94080

Coverall Mountain & Pacific
Attn.: Accounting
6430 Via Real, Suite 5
Carpinteria, CA 93013

David and Kristy Holland
235 Diablo Avenue
Mountain View, CA 94043

Del Monte Meat Co, Inc.
Attn.: Accounting
200 Napoleon Street
San Francisco, CA 94124

Devcon Construction Incorporated
Attn.: Bret Sisney
690 Gibraltar Drive
Milpitas, CA 95035

Dora Hsu
750 Filip Road
Los Altos, CA 94024

Dylan Torres
991 La Mesa Dr.
Portola Valley, CA 94028

Edgar Jimenez
1 Newell Ct.
East Palo Alto, CA 94303

Edy Jacome
1056 Haven Ave
Redwood City, CA 94063

Employment Development Department
State of California
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Employment Development Department
State of California
Attn Bankruptcy Group
PO Box 826203
Sacramento, CA 94230-6203

Employment Development Department
State of California
Chief Tax Collection Section
PO Box 826203
Sacramento, CA 94230-6203

Enrique Alvarez
395 E. Okeefe St., Apt. No. 51
East Palo Alto, CA 94303

Erick Trejo
1166 Carlton Ave.
Menlo Park, CA 94025

Esteban Martinez
437 S. Mary Ave., Apt. 24
Sunnyvale, CA 94086

Explore Publishing, Inc.
Attn.: Accounting
617 Veterans Blvd, Suite 213
Redwood City, CA 94063

Facciola Meat Company
Attn.: Accounting
48811 Warm Springs Blvd.
Fremont, CA 94539

Felipe Nava
1054 Myrtle St
East Palo Alto, CA 94303

Fidge Ridge, LLC
Attn: Marilyn, Matt and Jonathon Fidge
4320 Alpine Road
Portola Valley, CA 94028

Fortessa, Inc
Attn.: Accounting
22601 Davis Drive
Treling, VA 20164-4471

Franchise Tax Board
State of California
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
State of California
PO Box 942840
Sacramento, CA 94240

Franchise Tax Board
PO Box 1673
Sacramento, CA 95812-1673

FreshPoint
Attn.: Accounting
PO Box 2408
South San Francisco, CA 94083

Gerald and Jodette Carillo
4519 Lick Mill Blvd.
Santa Clara, CA 95054

Gerardo Zendejas
140 Lincoln Ave. No. 3
Redwood City, CA 94061

Gloria G. Avila
PO Box 23337
San Jose, CA 95154

Gourmet and More, Inc.
Attn.: Accounting
2976 "D" Alvarado Street
San Leandro, CA 94577

Happy Boy Farms
Attn.: Accounting
P.O.Box 1076
Freedom, CA 95019

Industrial Steam Cleaning of San Jose
Attn.: Accounting
P.O. Box 1737
Soquel, CA 95073

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ivon Najera
57 Southlake Dr.
San Jose, CA 95138

Jessica Partida
70 West Reed Street
San Jose, CA 95110

Jorge Colindres
2254 Ellena Dr. No. 1
Santa Clara, CA 95050

Jose A. Aguilar
328 Higdon Ave No. 2
Mountain View, CA 94306

Jose Ramirez
180 Buckingham Ave.
Redwood City, CA 94063

Josefina Garcia
570 South Rengstorff Ave No. 61
Mountain View, CA 94040

Juan Perez
2040 California St., Apt No. 9
Mountain View, CA 94040

Juniper Hill LLC
Attn: David Drummond
1080 Marsh Road, Suite 100
Menlo Park, CA 94025

Kristyn Ha
842 Tramway Dr
Milpitas, CA 95035

Ksenija Poljak
1201 Parkmoor Ave. No. 1221
San Jose, CA 95126

Labor Commissioner
State of California
1515 Clay Street Room 801
Oakland, CA 94612

Leivy Vasquez
231 James Ave.
Redwood City, CA 94062

Leonides Hernandez
309 Higdon Ave. No. A
Mountain View, CA 94041-1013

Levit Del-Valle
1410 Hess Rd. No. 1
Redwood City, CA 94061

Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

Marco Laurel
114 36th Ave.
San Mateo, CA 94403

Marco Munoz-Gil
2238 Euclid Ave.
East Palo Alto, CA 94303

Matt and Julie Haniger
970 S. Monroe Street
San Jose, CA 95128

Miguel Mendoza
6 Newell Court, Apt. 6306
East Palo Alto, CA 94303

Misael Curup
3110 Casa De Campo
San Mateo, CA 94403

Misael Del-Valle
1410 Hess Rd No. 1
Redwood City, CA 94061

Molly M Kawahata
384 Calcaterra Place
Palo Alto, CA 94306

Nicole Rose Baverso
237 Hamilton Ave.
Mountain View, CA 94043

Pablo Garcia
1324 Crowley Ave.
Santa Clara, CA 95051

Pablo Valdivia
282 Poplar Ave.
Redwood City, CA 94063

Pacific Harvest
Attn.: Accounting
PO Box 788
San Juan Batista, CA 95045

Pampas USA
Philip Kim
879 Pilgrim
Birmingham, MI 48009

Pedro Cabrera
2035 Clarke Ave.
East Palo Alto, CA 94303

Pioneer Liquid Transport, Inc.
Attn.: Accounting
PO Box 427
San Jose, CA 95103-0427

Platinum Eight, LLC
Attn: Francisco and Andrea Irao
109 Lasuen Court
Los Gatos, CA 95032

Public Health Service
US Department of Health & Human Svcs
Rm 4A53 Parklawn Building
5600 Fishers Lane
Rockville, MD 20857

R.W.Smith & CO.
Attn.: Accounting
8555 Miralani Drive
P.O.Box 26160
San Diego, CA 92196-0160

Republic Indemnity
Attn.: Accounting
P.O.Box 51060
Los Angeles, CA 90051-5360

Ryan Nuss
4602 Granda Way
Union City, CA 94587

Sanda Jukic
1201 Parkmoor Ave., Apt. 1221
San Jose, CA 95126

Sarah J. Sanchez Willing
4836 Touchstone Terrace
Fremont, CA 94555

Saul Chi
4 Newell Ct. No. 4212
East Palo Alto, CA 94303

Scheer USA
Attn.: Accounting
3907 North Federal Hwy No. 177
Pompano Beach, FL 33064

Secretary of State
State of California
1500 – 11th Street
Sacramento, CA 95814

Secretary of the Treasury
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Boulevard, Floor 11
Los Angeles, CA 90036

Securities & Exchange Commission
450 Fifth Street NW
Washington, DC 20549

Sendy Hernandez
257 Arriba Dr., Apt. 1
Sunnyvale, CA 94086

Sergio Chi
4 Newell Ct. No. 4212
East Palo Alto, CA 94303

Social Security Administration
Chief Counsel, Region IX
333 Market Street, Suite 1500
San Francisco, CA 94105

Stanley Convergent Security Systems
Attn.: Accounting
Dept Ch 10651
Palatine, IL 60055

State Board of Equalization
State of California
Account & Analysis &
Control Section, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Swisher
Attn.: Accounting
P.O. Box 473526
Charlotte, CA 28247-3526

Sysco Food Services of SF
Maria Hayden
PO Box 5019
Fremont, CA 94537

Tax Assessors Office
County of Santa Clara
70 West Hedding Street
San Jose, CA 95110

Tax Collector
County of Santa Clara
70 West Hedding Street
San Jose, CA 95110

Testarossa Winery
Attn.: Accounting
300-A College Ave
Los Gatos, CA 95030

The Chin Family Revocable Trust 4/14/04
Chris Chin
820 Arroyo Road
Los Altos, CA 94024

The Henry Wine Group
Attn.: Accounting
Dept. LA 23244
Pasadena, CA 91185-3244

Thomas M. Gosselin, Attorney at Law
Teraoka & Partners, LLP
25 Metro Drive, Ste 600
San Jose, CA 94110

Tim Reynders
PMB 31104787
PO Box 311
Mendham, NJ 07945-0311

Timothy and Masumi Reynders
Tim Reynders
PMB 31104787, PO Box 311
Mendham, NJ 07945-0311

Tom and Linda Buiochi
798 Arroyo Road
Los Altos, CA 94024

Tony's Fine Foods
Attn.: Accounting
PO Box 1501
West Sacramento, CA 95605-1501

Travelers
Attn.: Accounting
Travelers CL Remittance Center
Hartford, CT 06183-1008

United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3400

Venancio Chipres
1851 Clarke Ave.
East Palo Alto, CA 94303

Western California Land
Joyce Yamagiwa
700 Emerson Street
Palo Alto, CA 94301

Yarrow J. Knauss
10081 Roseview Dr.
San Jose, CA 95127

Young's Market Company
Attn.: Accounting
PO Box 30145
Los Angeles, CA 90030-0145

Yumiko & Richard Glasspool
The 2007 Glasspool Living Trust
14841 Golf Links Drive
Los Gatos, CA 95032