| | |
|---|---|
| 1 | JOHN WALSHE MURRAY (074823) |
| | ROBERT A. FRANKLIN (091653) |
| 2 | RACHEL RAGNI LARRENAGA (241061) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: jwmurray@murraylaw.com |
| 6 | Email: rfranklin@murraylaw.com |
| | Email: rragni@murraylaw.com |
| 7 | |
| 8 | Attorneys for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| **PAMPAS PALO ALTO, LLC,** | ) Case No. 11-50029-CN-11 |
| A California Limited Liability Company, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| 529 Alma Street | ) |
| Palo Alto, California 94301 | ) |
| | ) |
| | ) |
| Employer Tax I.D. No.: 02-0806958 | ) |

**LIST OF EQUITY SECURITY HOLDERS**

Pampas Palo Alto, LLC (the "Debtor") hereby submits its List of Equity Security Holders as follows:

| Name Of<br>Holder Of Security | Address | Percentage Owned |
|---|---|---|
| Timothy and Masumi Reynders | 436 Palo Alto Avenue<br>Palo Alto, CA 94301 | 74.172% |
| Chris and Cynthia Chin<br>The Chin Family Revocable Trust 4/14/03 | 820 Arroyo Road<br>Los Altos, CA 94024 | 7.947% |
| Banyanton Capital Group, LLC<br>Attn: Daniel Zheng | 4024 Fitzpatrick Way<br>Santa Clara, CA 95054 | 1.987% |

| | | |
|---|---|---|
| Tom and Linda Buiochi | 798 Arroyo Road<br>Los Altos, CA 94024 | 1.987% |
| Matt and Julie Haniger | 970 S. Monroe Street<br>San Jose, CA 95128 | 0.993% |
| Gerald and Jodette Carillo | 4519 Lick Mill Blvd.<br>Santa Clara, CA 95054 | 1.987% |
| Platinum Eight, LLC<br>Attn: Francisco and Andrea Irao | 109 Lasuen Court<br>Los Gatos, CA 95032 | 1.987% |
| David and Kristy Holland | 235 Diablo Avenue<br>Mountain View, CA 94043 | 0.993% |
| Juniper Hill LLC<br>Attn: David Drummond | 1080 Marsh Road, Suite 100<br>Menlo Park, CA 94025 | 2.980% |
| Fidge Ridge, LLC<br>Attn: Marilyn, Matt and Jonathon Fidge | 4320 Alpine Road<br>Portola Valley, CA 94028 | 1.987% |
| Yumiko & Richard Glasspool<br>The 2007 Glasspool Living Trust | 14841 Golf Links Drive<br>Los Gatos, CA 95032 | 0.993% |
| Dora Hsu | 750 Filip Road<br>Los Altos, CA 94024 | 1.987% |

I, Timothy Reynders, the Manager of the Debtor, do hereby declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing List of Equity Security Holders is a complete list of all of the Debtor's equity security holders as of the date of the commencement of the within Chapter 11 case.

Dated: January 4, 2011

**PAMPAS PALO ALTO, LLC,**
A California Limited Liability Company

By: */s/ Timothy Reynders*
    Timothy Reynders
    Manager