1  JOHN WALSHE MURRAY (074823)
   ROBERT A. FRANKLIN (091653)
2  RACHEL RAGNI LARRENAGA (241061)
   MURRAY & MURRAY
3  A Professional Corporation
   19400 Stevens Creek Blvd., Suite 200
4  Cupertino, CA 95014-2548
   Telephone: (650) 852-9000; (408) 907-9200
5  Facsimile: (650) 852-9244
   Email: jwmurray@murraylaw.com
6  Email: rfranklin@murraylaw.com
   Email: rragni@murraylaw.com
7

8  Attorneys for Debtor

9              UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  In re:                              )
                                        )
13  PAMPAS PALO ALTO, LLC,              )   Case No. 11-50029-CN-11
    A California Limited Liability Company, )
14                                      )   Chapter 11
              Debtor.                   )
15                                      )   Disclosure Statement Hearing
                                        )
16  529 Alma Street                     )   Date:   October 27, 2011
    Palo Alto, California 94301         )   Time:   11:00 a.m.
17                                      )   Place:  United States Bankruptcy Court
                                        )           280 S. First St., Room 3070
18  Employer Tax I.D. No.: 02-0806958   )           San Jose, CA 95113
                                        )   Judge:  Honorable Charles Novack
19                                      )
                                        )   Hearing on Plan Confirmation
20                                      )   Date:   TBD
                                        )   Time:   TBD
21

22                       EXHIBIT "B" TO

23

    DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION
24                 (DATED SEPTEMBER 22, 2011

25

26

27

28

JWM/RRL
K:\Pampas Palo Alto, LLC\Pld\DS and Plan\DS\Sept 22\DS\Exhibits\Exh B Cover
DS.docx

EXHIBIT COVERSHEET

Case: 11-50029    Doc# 117-2    Filed: 09/22/11    Entered: 09/22/11 16:51:32    Page 1
                                      of 2

| | Approved Plan | | Chapter 7 | | Notes |
|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | |
| Available Cash | $ | 258,684.96 | $ | 258,684.96 | As of 9/16/11 |
| Wine Inventory | $ | 58,466.84 | $ | 17,540.05 | 30% of purchase value as of 9/1/11 |
| Liquor Inventory | $ | 14,322.66 | $ | 4,296.80 | 30% of purchase value as of 9/1/11 |
| Kitchen Equipment | $ | 119,717.15 | $ | 11,971.72 | 10% of purchase value per George Federighi email. Includes all items that would not stay with building under lease terms (Sinks, hoods, walk-in, etc.). Purchase price of $119,717.15 for marketable assets. |
| Restaurant Furnishings, Office Equipment, AV Equipment | $ | 53,000.00 | $ | 15,900.00 | $53K would be considered for sale of Pampas. Chapter 7 would result in far less and no more than 30% of current in place value |
| Liquor License | $ | 25,000.00 | $ | 19,000.00 | $5-6K in broker fees to sell license |
| | $ | 529,191.61 | $ | 327,393.53 | |
| | | | | | |
| **Post-Confirmation Operations Through End of Plan** | | | | | |
| Net Income | $ | 1,538,001.54 | $ | -. | Net income generated from 9/1/11 through end of six-year plan. |
| | | | | | |
| **TOTAL ASSETS THROUGH PLAN OR CHAPTER 7** | $ | 2,067,193.15 | $ | 327,393.53 | |
| | | | | | |
| **LIABILITIES** | | | | | |
| | | | | | |
| **Priority Claims** | | | | | |
| Sales Tax Claim (Pre-Chapter 11 Filing) | $ | 41,393.00 | $ | 41,039.00 | |
| Tax Claim | $ | 8,345.30 | $ | 8,345.30 | |
| Tax Claim | $ | 2,172.33 | $ | 2,172.33 | |
| Franchise Tax Board | $ | 800.00 | $ | 800.00 | |
| Employee Vacation Claims | $ | | $ | 9,442.31 | |
| | $ | 52,710.63 | $ | 61,798.94 | |
| **Chapter 7 Expenses** | | | | | |
| US Trustee Estimated Fees | | | $ | 50,000.00 | |
| Meisser Estimated Professional Fees | $ | - | $ | 4,000.00 | |
| | $ | | $ | 54,000.00 | |
| | | | | | |
| **Administrative Expenses** | | | | | |
| Murray and Murray Chapter 11 Accrued Professional Fees Through August 31, 2011 | $ | 168,278.75 | $ | 168,278.75 | Total invoiced for case by Murray and Murray is $268,278.75. $100,000 retainer was deposited prior to filing of Ch. 11. |
| Murray and Murray Chapter 11 Professional Fees September 1, 2011 through Effective Date | $ | 100,000.00 | $ | 100,000.00 | |
| Murray and Murray Chapter 11 professional fees, post- Effective Date | $ | - | $ | - | |
| Meisser Chapter 11 professional fees through Effective date | $ | 3,833.00 | $ | 3,833.00 | Fees through May 31, 2011 |
| | $ | 272,111.75 | $ | 272,111.75 | |
| | | | | | |
| **TOTAL CLAIMS TO BE PAID PRIOR TO UNSECURED CREDITORS** | $ | 324,822.38 | $ | 387,910.69 | |
| | | | | | |
| **REMAINING FUNDS** | $ | 1,213,179.16 | $ | (60,517.16) | |
| | | | | | |
| **GENERAL UNSECURED CLAIMS** | | | | | |
| Class 3 (Allowed Gen. Uns. Claims) Payments | $ | 5,282,308.28 | $ | 5,282,308.28 | |
| **TOTAL UNSECURED DEBT** | $ | 5,282,308.28 | $ | 5,282,308.28 | |
| | | | | | |
| **Net Profit as Percentage of Total Claims** | | 22.97% | | -1.15% | |

| | APPROVED PLAN | CHAPTER 7 |
|---|---|---|
| **% OF CLAIM PAID TO CREDITORS UNDER PLAN OR CHAPTER 7** | | |
| Class 3 (Allowed Gen. Uns. Claims) Payments | 10.00% | -1.15% |
| | | |
| **$ AMOUNT PAID TO CREDITORS UNDER PLAN OR CHAPTER 7** | APPROVED PLAN | CHAPTER 7 |
| Class 3 (Allowed Gen. Uns. Claims) Payments | $ 528,230.83 | $ (60,517.16) |
| | | |
| **Equity** | Interest Retained | Write Down |

Case: 11-50029    Doc# 117-2    Filed: 09/22/11    Entered: 09/22/11 16:51:32    Page 2 of 2