JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
RACHEL RAGNI LARRENAGA (241061)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: rragni@murraylaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**PAMPAS PALO ALTO, LLC,**<br>A California Limited Liability Company,<br><br>Debtor.<br><br>529 Alma Street<br>Palo Alto, California 94301<br><br>Employer Tax I.D. No.: 02-0806958 | Case No. 11-50029-CN-11<br><br>Chapter 11<br><br><u>Disclosure Statement Hearing</u><br><br>Date: December 22, 2011<br>Time: 11:00 a.m.<br>Place: United States Bankruptcy Court<br>280 S. First St., Room 3070<br>San Jose, CA 95113<br>Judge: Honorable Charles Novack<br><br><u>Hearing on Plan Confirmation</u><br>Date: TBD<br>Time: TBD |

**EXHIBIT "B" TO**

<u>**DEBTOR'S PLAN OF REORGANIZATION**</u>
**(Dated November 17, 2011)**

| | |
|---|---|
| Ecolab, Inc.<br>Corporate Headquarters<br>Ecolab Center<br>370 N. Wabasha Street<br>St. Paul, MN 55102-2233 | Equipment Lease |
| HCC Surety Group /<br>American Contractors Indemnity Co.<br>9841 Airport Blvd., 9th Floor<br>Los Angeles, CA 90045 | Collateral Security Agreement/Indemnity Agreement (Mechanic's Lien Bond) |

C:\Users\mware\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\2UL3RPR2\Ex B Executory Contracts.docx

Case: 11-50029    Doc# 156-2    Filed: 11/17/11    Entered: 11/17/11 17:41:13    Page 2 of 2